CATHARINE HOLM *v.* JAMES E. ROACH AND P. W. ROACH.

FAILURE TO FILE BRIEFS.—Where a cause is submitted on briefs to be filed in a specified time, and no briefs are filed within the time, and the transcript contains no assignment of errors, the judgment will be affirmed.

APPEAL from the District Court, Twelfth Judicial District, City and County of San Francisco.

Plaintiff recovered judgment in the Court below, and defendants appealed.

*George F. & Wm. H. Sharp*, for Appellants.

*J. B. Crockett*, for Respondent.

By the Court, SANDERSON, C. J.

On the 24th of February, 1864, this action was submitted on briefs, to be filed in ten days by appellants and ten days thereafter by respondent. On the 14th of April, upon the application of respondent, ten days further time was granted. That time has more than elapsed, and no briefs have been filed, and the transcript contains no assignment of errors. For these reasons we affirm the judgment of the Court below.

Judgment affirmed.